IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CIVIL ACTION NO.  06-cv-00382-MSK-MJW

ANITA MADRID,

Plaintiff,

v.

AMCO INSURANCE COMPANY, an Iowa corporation,

Defendant.
_____

# MINUTE ORDER
# GRANTING JOINT MOTION TO VACATE SETTLEMENT CONFERENCE
# (DN 17)
_____
ENTERED BY MAGISTRATE JUDGE MICHAEL J. WATANABE

IT IS HEREBY ORDERED that the Joint Motion to Vacate Settlement Conference, filed with the Court on September 6, 2006, (DN 17) is GRANTED.  The settlement conference set on September 18, 2006, at 1:30 p.m., is VACATED and the parties may file a motion to reschedule their settlement conference if their October settlement efforts are unsuccessful with a private mediator.

IT IS FURTHER ORDERED that the parties shall file a Written Status Report with the Court no later than five (5) business days after the completion of outside mediation.

Date:  September 6, 2006
-----------------------------------------------------------------------------------------------------------------